CHRISTINE LEPERA (*pro hac vice application forthcoming*)
   ctl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

BRADLEY J. MULLINS (SBN 274219)
   bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Ultra International Music Publishing, LLC
and Ultra Records, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA RECORDS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE PHAN,<br><br>Defendant. | CASE NO. _____<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**Demand For Jury Trial** |

Plaintiffs Ultra International Music Publishing, LLC ("UIMP") and Ultra Records, LLC ("Ultra") (together, "Plaintiffs"), by their undersigned attorneys, for their Complaint against Defendant Michelle Phan ("Phan"), allege as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.* This Court has subject matter jurisdiction over Plaintiffs' claims for copyright infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. This Court has personal jurisdiction over Phan because, among other things, Phan is engaged in tortious conduct within the State of California and in this District, including by copying, altering, publicly performing, and distributing Plaintiffs' recordings and musical compositions within the United States and the State of California. Plaintiffs additionally aver that, among other things, (a) Phan or her agents are doing or have been doing business continuously in the State of California and this District, (b) a substantial part of the wrongful acts committed by Phan have occurred in interstate commerce, in the State of California, and in the Central District of California, and (c) Phan's conduct causes injury to, and is directed at, Plaintiffs and their intellectual property within the United States and the State of California.

3. Phan, through her agents, has consented to jurisdiction in this District by submitting a Counter-Notification to YouTube, LLC ("YouTube"), in response to a take-down notice sent to YouTube on Plaintiffs' behalf.

4. Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1391 and 1400, in that Plaintiffs are subject to personal jurisdiction, and may be found, in this District.

## THE PARTIES

5. Plaintiff UIMP is a limited liability company organized and existing under the laws of the State of New York, having its principal place of business at 235 West 23rd Street, 6th Floor, New York, New York 10011.

6. Plaintiff Ultra is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 235 West 23rd Street, 6th Floor, New York, New York 10011.

7. Plaintiffs are a record label and music publishing company, which are engaged in the business of acquiring, owning, publishing, producing, administering, licensing and otherwise exploiting copyrights in musical compositions and sound recordings, including but not limited to licensing the

reproduction, distribution, sale and performance of their compositions and sound recordings in phonorecords, in audiovisual works, and for streaming (*i.e.*, performing) and downloading over the Internet. Plaintiffs invest substantial money, time, effort and creative talent developing and exploiting such copyrights, on their own behalves and on behalf of the songwriters, producers and recording artists with whom they have contractual relationships.

8.  UIMP owns or administers (in whole or in part) copyrights and/or exclusive rights in and to numerous compositions, including by way of example those compositions identified on Schedule A hereto, incorporated herein by reference (the "Musical Compositions"). UIMP has obtained or has applied for certificates of copyright registration issued by the United States Copyright Office in each of the Musical Compositions identified on Schedule A. As the owner or administrator of the copyrights (in whole or in part) in these Musical Compositions, UIMP possesses the exclusive right, among other things, to reproduce the Musical Compositions in copies or phonorecords, to adapt the Musical Compositions, to distribute copies or phonorecords of the Musical Compositions to the public, and to perform the Musical Compositions publicly.

9.  Ultra owns copyrights and/or exclusive rights in and to numerous sound recordings, including by way of example, the recordings identified on Schedule B hereto, incorporated herein by reference (the "Recordings"). Ultra has obtained or has applied for certificates of copyright registration issued by the United States Copyright Office in each of the Recordings. As the owner of the copyrights in the Recordings, Ultra possesses the exclusive rights, among other things, to reproduce the Recordings in copies or phonorecords, to distribute copies or phonorecords of the Recordings to the public, to perform the Recordings publicly by means of a digital audio transmission and to license these exclusive rights, including over the Internet.

10. Defendant Phan is an individual that is engaged in the production of videos that are distributed worldwide over the Internet via, among other things, the website located at www.youtube.com ("YouTube"), which videos are accessible throughout the United States and in the State of California.

## FACTUAL BACKGROUND

11. Ultra is one of the leading independent music companies in the world, and is one of the dominant independent music labels currently operating in the genre of what is generally referred to in the music industry as "dance music." UIMP is a music publishing company. Among the successful artists whose works are or have been on the Ultra label and/or published by UIMP are Kaskade, deadmau5 and Calvin Harris.

12. Phan is a makeup artist that is most well-known for a series of video tutorials that she began posting on YouTube in 2007. In these videos, Phan provides makeup advice centered around a variety of different themes.

13. Phan's videos are extremely popular. Her YouTube channel, located at www.youtube.com/user/MichellePhan, has more than six million subscribers from all over the world. One of her YouTube videos, entitled "Barbie Transformation Tutorial," has been viewed more than fifty million times.

14. This year, Phan has been featured in a high profile and multi-platform advertising campaign for YouTube, which features some of YouTube's most popular personalities. Phan has also been featured in national advertising for Dr. Pepper.

15. Upon information and belief, Phan monetizes her YouTube videos by collecting substantial income from YouTube derived from the advertisements that appear in association with her videos.

16. Phan's videos are also available through her own website located at michellephan.com, which website also prominently features advertising.

17. Upon information and belief, Phan has also parlayed her Internet fame into other business ventures, including authoring a book and designing a makeup line.

18. Phan, without license, authorization or permission from Plaintiffs, has embarked on a wholesale infringement of Plaintiffs' musical compositions and recordings. Phan has copied and synchronized the Musical Compositions and/or Recordings, in whole or in part, together with certain visual footage to create audiovisual works (the "Unauthorized Videos") and has made the Unauthorized Videos available to the public without license, authorization or permission by publishing the Unauthorized Videos on the Internet.

19. Schedule C, incorporated herein by reference, contains an non-exclusive list of the Unauthorized Videos, together with the Musical Compositions and/or Recordings embedded within such videos.

20. Upon information and belief, the Unauthorized Videos have been viewed more than 150 million times.

21. While Schedule C includes nearly fifty examples of blatant copyright infringement, Plaintiffs' analysis is still preliminary, and the full extent of Phan's infringement has not yet been determined.

22. Phan's conduct is willful and deliberate. Phan knows and has been informed that she does not possess a license from Plaintiffs to utilize the Musical Compositions and/or Recordings in the Unauthorized Videos, and yet continues to wilfully infringe in blatant disregard of Plaintiffs' rights of ownership.

## COUNT I

## COPYRIGHT INFRINGEMENT

### [By Ultra Against Phan]

23. Plaintiffs incorporate by reference each and every averment contained in paragraphs 1 through 22, inclusive.

24. Phan has infringed Ultra's copyrights in the Recordings, including by reproducing, distributing, adapting and digitally publicly performing the Recordings without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

25. The unauthorized use of each Recording constitutes a separate and distinct act of infringement of each such Recording.

26. Phan's acts of infringement are willful, in disregard of and with indifference to the rights of Ultra.

27. As a direct and proximate result of the infringement by Phan, Ultra is entitled to damages and to Phan's profits in amounts to be proven at trial, and which are not currently ascertainable. Alternatively, Ultra is entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

28. Ultra is further entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

29. As a result of Phan's acts and conduct, Ultra has sustained and will continue to sustain substantial, immediate and irreparable injury for which there is no adequate remedy at law. Ultra is informed and believes, and on that basis avers, that unless enjoined and restrained by this Court, Phan will continue to infringe Ultra's rights in the Recordings. Ultra is entitled to temporary, preliminary and permanent injunctive relief to restrain and enjoin Phan's continuing infringing conduct.

## COUNT II

## COPYRIGHT INFRINGEMENT

### [By UIMP Against Phan]

30. Plaintiffs incorporate by reference each and every averment contained in paragraphs 1 through 29, inclusive.

31. Phan has infringed UIMP's copyrights in the Musical Compositions, including by reproducing, distributing, adapting and digitally publicly performing the Recordings without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

32. The unauthorized use of each Musical Composition constitutes a separate and distinct act of infringement of each such Musical Composition.

33. Phan's acts of infringement are willful, in disregard of and with indifference to the rights of UIMP.

34. As a direct and proximate result of the infringement by Phan, UIMP is entitled to damages and to Phan's profits in amounts to be proven at trial, and which are not currently ascertainable. Alternatively, UIMP is entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as many be proper under 17 U.S.C. § 504(c).

35. UIMP is further entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

36. As a result of Phan's acts and conduct, UIMP has sustained and will continue to sustain substantial, immediate and irreparable injury for which there is no adequate remedy at law. UIMP is informed and believes, and on that basis avers, that unless enjoined and restrained by this Court, Phan will continue to infringe UIMP's rights in the Musical Compositions. UIMP is entitled to temporary, preliminary and permanent injunctive relief to restrain and enjoin Phan's continuing infringing conduct.

WHEREFORE, Plaintiffs pray for judgment against Phan as follows:

1. For a preliminary and permanent injunction enjoining and restraining Phan and her agents, servants, employees, representatives, affiliated companies and other business entities, successors, assigns, and those acting in concert with her or at her direction, from directly or indirectly infringing in any manner any right in any and all copyrighted works (or portions thereof), whether now in existence or

later created, in which any Plaintiff (including its parents, subsidiaries, affiliates or distributed labels) owns or controls an exclusive right under Section 106 of the United States Copyright Act (17 U.S.C. § 106), including without limited by directly or indirectly reproducing, downloading, distributing, communicating to the public, uploading, linking to, transmitting, publicly performing, or otherwise exploiting in any manner any of Plaintiffs' copyrights, including but not limited to the Recording and Musical Compositions identified in Schedules A and B to the Complaint;

    2.    For Phan's profits and for damages in such amount as may be determined; alternatively, for maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed, or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c);

    3.    For Plaintiffs' attorneys' fees and full costs;

    4.    For prejudgment interest according to law; and

    5.    For such other and further relief as the Court may deem just and proper.

DATED: July 16, 2014        MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Bradley L. Mullins
    Christine Lepera (*pro hac vice application forthcoming*)
    Bradley J. Mullins
    Attorneys for Plaintiffs
    Ultra International Music Publishing, LLC and Ultra Records, Inc.

1  **DEMAND FOR JURY TRIAL**

2  Plaintiffs demand a trial by jury as to all claims averred herein that are
3  triable to a jury.

5  DATED: July 16, 2014          MITCHELL SILBERBERG & KNUPP LLP

7  By: /s/ Bradley L. Mullins
8  Christine Lepera (*pro hac vice application forthcoming*)
   Bradley J. Mullins
9  Attorneys for Plaintiffs
   Ultra International Music Publishing,
10 LLC and Ultra Records, Inc.

# SCHEDULE A

# SCHEDULE A

**SCHEDULE A**

**Compositions**

| Song Title | Artist |
|---|---|
| 4AM | Kaskade |
| All That You Give | Kaskade |
| All You | Kaskade |
| Angels And Angles | Late Night Alumni |
| Back On You | Kaskade |
| Borrowed Theme | Kaskade |
| Days | Late Night Alumni |
| Empty Streets | Kaskade |
| Epilogue | Late Night Alumni |
| Everything | Late Night Alumni |
| Eyes | Kaskade |
| Finally Found | Late Night Alumni |
| Golden | Late Night Alumni |
| How Long | Kaskade feat. Late Night Alumni |
| Hope | Late Night Alumni |
| I Remember | deadmau5 & Kaskade |
| I'll Never Dream | Kaskade |
| Illuminating | Haley |
| In This Life | Kaskade |
| It's Only Life | Late Night Alumni |
| It's You It's Me | Kaskade |
| Last Chance | Kaskade & Project 46 |
| Light Reading | Late Night Alumni |

## SCHEDULE A

### Compositions

| Song Title | Artist |
|---|---|
| Midnight Light | Haley |
| Moonwalking | Late Night Alumni |
| Move For Me | Kaskade & deadmau5 |
| My Awake | Late Night Alumni |
| No Or Yes | Late Night Alumni |
| Of Birds, Bees, Butterflies, Etc. | Late Night Alumni |
| One Heart | Kaskade |
| Potions | Late Night Alumni |
| Ring a Bell | Late Night Alumni |
| Run A Mile | Late Night Alumni |
| Sapphire | Late Night Alumni |
| Shine | Late Night Alumni |
| Start Again | Kaskade |
| Still Still Still | Kaskade |
| Sun Space | Late Night Alumni |
| The World Spins 'Round | Late Night Alumni |
| This Is Life | Late Night Alumni |
| This is Why | Late Night Alumni |
| Uncharted | Late Night Alumni |
| Vixen | Late Night Alumni |
| What's In A Name | Late Night Alumni |
| You Can Be The One | Late Night Alumni |

# SCHEDULE B

# SCHEDULE B

## SCHEDULE B

Sound Recordings

| Song Title | Artist |
|---|---|
| 4AM | Kaskade |
| All That You Give | Kaskade |
| All You | Kaskade |
| Angels and Angles | Late Night Alumni |
| Back On You | Kaskade |
| Borrowed Theme | Kaskade |
| Days | Late Night Alumni |
| Empty Streets | Kaskade |
| Epilogue | Late Night Alumni |
| Everything | Late Night Alumni |
| Eyes | Kaskade |
| Finally Found | Late Night Alumni |
| How Long | Kaskade feat. Late Night Alumni |
| I Remember | deadmau5 & Kaskade |
| I'll Never Dream | Kaskade |
| Illuminating | Haley |
| In This Life | Kaskade |
| It's Only Life | Late Night Alumni |
| It's You It's Me | Kaskade |
| Last Chance | Kaskade & Project 46 |
| Midnight Light | Haley |
| Moonwalking | Late Night Alumni |

## SCHEDULE B

Sound Recordings

| Song Title | Artist |
|---|---|
| Move For Me | Kaskade & deadmau5 |
| My Awake | Late Night Alumni |
| No or Yes | Late Night Alumni |
| One Heart | Kaskade |
| Ring a Bell | Late Night Alumni |
| Sapphire | Late Night Alumni |
| Shine | Late Night Alumni |
| Start Again | Kaskade |
| Sun Space | Late Night Alumni |
| The World Spins 'Round | Late Night Alumni |
| This is Why | Late Night Alumni |
| Vixen | Late Night Alumni |

# SCHEDULE C

# SCHEDULE C

## SCHEDULE C

| Unauthorized Video Title | Songs Used |
|---|---|
| $20 Makeup Challenge Tutorial | Kaskade feat. Late Night Alumni, "How Long" |
| 3 Ways to Change Up Your Look | Late Night Alumni, "My Awake" |
| Angelina Jolie Makeup Tutorial | Late Night Alumni, "Golden" <br><br> Late Night Alumni, "Vixen" |
| Avatar Inspired Look | Late Night Alumni, "Run A Mile" <br><br> Late Night Alumni, "Uncharted" |
| Beautiful Basic Curls | Kaskade, "It's You It's Me" |
| Beauty Survival Guide: Emergency Kit | Late Night Alumni, "Sapphire" <br><br> Late Night Alumni, "Days" |
| Cara Delevingne Makeup | Late Night Alumni, "Ring A Bell" |
| Catch My Heart | Kaskade, "Eyes" |
| Catch My Heart | Kaskade, "Eyes" |
| Clubbing Makeup Tutorial Ep. 1 | deadmau5 & Kaskade, "I Remember" <br><br> Kaskade & deadmau5, "Move For Me" |
| DIY Scarf Dresses and Giveaway! | Late Night Alumni, "Days" |
| Double Lines | Late Night Alumni, "Of Birds, Bees, Butterflies, Etc." |
| Double Wing Eyeliner | Kaskade, "I'll Never Dream" |
| Easy Autumn | Late Night Alumni, "Light Reading" |
| Easy Ways to Use Liquid Liner | Late Night Alumni, "Sapphire" <br><br> Late Night Alumni, "Days" |
| Elegant Masquerade | Late Night Alumni, "Potions" <br><br> Late Night Alumni, "Golden" |

Schedule C, Page 14

**SCHEDULE C**

| Unauthorized Video Title | Songs Used |
|---|---|
| Enchanting Christmas | Late Night Alumni, "Epilogue" <br><br> Late Night Alumni, "This Is Why" |
| Enchanting Prom | Late Night Alumni, "Golden" |
| Forest Fairy | Late Night Alumni, "Moonwalking" <br><br> Late Night Alumni, "Golden" |
| Fresh Spring Look | Late Night Alumni, "Moonwalking" <br><br> Late Night Alumni, "Finally Found" |
| Futuristic Look | Kaskade, "Empty Streets" |
| Graduation ★ Tutorial | Late Night Alumni, "Finally Found" |
| Holiday Glam | Kaskade, "Still Still Still" |
| How To Master The High Heel | Kaskade, "Back On You" |
| How to Master the High Heel | Kaskade, "Back On You" |
| How to Recycle Your Wardrobe | Late Night Alumni, "The World Spins 'Round" |
| Impressionism Lace Nails | Late Night Alumni, "What's In A Name" |
| Kissable ❤ Lips DIY | Kaskade, "All You" |
| Luscious Lips | Kaskade, "Borrowed Theme" |
| Mascara Business Card Trick | Kaskade, "Back On You" |
| Mascara Business Card Trick | Kaskade, "Back On You" |
| Metallic Knight | Kaskade, "How Long" <br><br> Haley, "Illuminating" <br><br> Late Night Alumni, "You Can Be The One" |
| Michelle's Favorites Vol. 2 | Late Night Alumni, "Ring A Bell" |

2

**SCHEDULE C**

| Unauthorized Video Title | Songs Used |
|---|---|
| Midnight Kiss | Late Night Alumni, "No or Yes" <br><br> Late Night Alumni, "You Can Be The One" <br><br> Haley, "Midnight Light" |
| Midnight Luster | Late Night Alumni, "Shine" <br><br> Kaskade, "Eyes" |
| New Year Give Away & Meet n Greet | Kaskade, "One Heart" <br><br> Kaskade, "Eyes" |
| New Years Eve / Party Makeup Tutorial | Kaskade, "4AM Remix" |
| New Years Glam | Kaskade, "4AM" <br><br> Kaskade, "One Heart" |
| New Years Magic | Kaskade, "Start Again" |
| Night Life Favorites | Kaskade, "4AM" |
| Out All Night | Kaskade, "In This Life" <br><br> Haley, "Illuminating" |
| Painting A Beautiful Heart | Kaskade, "One Heart" |
| Payne's Grey Smokey Eyes | Late Night Alumni, "Ring A Bell" |
| Purple Hazy Look | Kaskade, "Borrowed Theme" |
| Queen of Darkness | Late Night Alumni, "It's Only Life" |
| Romantic Curls Tutorial | Kaskade, "4AM" |
| Sexy Glasses | Late Night Alumni, "Angels and Angles" <br><br> Late Night Alumni, "No or Yes" |
| Stretch Your Shoes With Ice | Late Night Alumni, "Hope" |
| Summer Meadow | Kaskade, "All That You Give" |

3

**SCHEDULE C**

| Unauthorized Video Title | Songs Used |
|---|---|
| The Golden Hour | Kaskade & Project 46, "Last Chance"<br><br>Late Night Alumni, "Golden" |
| The Sweetest Thing | Late Night Alumni, "Light Reading" |
| Twilight Noir | Late Night Alumni, "It's Only Life"<br><br>Late Night Alumni, "Sun Space" |
| Underneath Your Love | Late Night Alumni, "This Is Why" |
| Waterproof Your Makeup | Late Night Alumni, "Everything" |
| What to Wear to a Holiday Party! | Kaskade, "Still Still Still" |