NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Christine Lepera (pro hac vice application forthcoming) ctl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, NY 10017-1028
Tel.: (212) 509-3900 ● Fax: (212) 509-7239

● ● ●

Bradley J. Mullins (SBN 274219); bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064
Tel.: (310) 312-2000 ● Fax: (310) 312-3100

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA RECORDS, LLC, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| MICHELLE PHAN, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s). | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiff, ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA RECORDS, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Ultra International Music Publishing, Inc. | Plaintiff |
| Ultra Records, LLC | Plaintiff |
| Michelle Phan | Defendant |

July 16, 2014                 /s/ Bradley J. Mullins
Date                          Signature
                              Christine Lepera
                              Bradley J. Mullins
                              MITCHELL SILBERBERG & KNUPP LLP
                              Attorney of record for (or name of party appearing in pro per):
                              Plaintiffs ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA RECORDS, LLC

CV-30 (05/13)           **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com