# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MICHELLE PHAN<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:14–cv–05533–MMM–AGR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 7/16/2014 | 3 | Summons |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Incorrect event selected. Correct event to be used is Summons Request

Clerk, U.S. District Court

Dated: July 16, 2014     By: /s/ *Geneva Hunt*
                              Deputy Clerk