Name and address:
Bradley J. Mullins (SBN 274210)
bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Tel.: (310) 312-2000
Fax: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA RECORDS, LLC, <br><br> Plaintiff(s) <br> v. <br><br> MICHELLE PHAN <br><br> Defendant(s). | CASE NUMBER <br> 2:14-CV-5533-MMM-AGR <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lepera, Christine
*Applicant's Name (Last Name, First Name & Middle Initial)*

212.509.3900          212.509.7239
*Telephone Number*     *Fax Number*

ctl@msk.com
*E-Mail Address*

MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street
New York, NY 10017
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Ultra International Music Publishing, LLC and Ultra Records, LLC
*Name(s) of Party(ies) Represented*

☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other*: _____

and designating as Local Counsel

Bradley J. Mullins
*Designee's Name (Last Name, First Name & Middle Initial)*

274210              (310) 312-2000
*Designee's Cal. Bar Number*   *Telephone Number*

(310) 312-3100
*Fax Number*

MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
*Firm Name & Address*

bym@msk.com
*E-Mail Address*

hereby ORDERS the Application be:
☒ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

Dated 8/15/2014

*Margaret M. Morrow*

**U.S. District Judge/~~U.S. Magistrate Judge~~**