```
GRODSKY & OLECKI LLP
ALLEN B. GRODSKY (SBN 111064)
allen@grodsky-olecki.com
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile:  (310) 315-1557

WINGET, SPADAFORA & SCHWARTZBERG, LLP
MARC S. EHRLICH (SBN 198112)
ehrlich.m@wssllp.com
1900 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: (310) 836-4800
Facsimile:  (310) 836-4801

Attorneys for Defendant
Michelle Phan
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA RECORDS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MICHELLE PHAN,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-05533-MMM-AGR<br><br>**ANSWER OF DEFENDANT MICHELLE PHAN TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

　　　Defendant Michelle Phan, in answer to the Complaint on file herein, admits, denies, and alleges as follows:

**JURISDICTION AND VENUE**

　　　1.　　Defendant admits the allegations of Paragraph 1 of the Complaint.

　　　2.　　Defendant admits that she has done business in the State of California. In further answer to Paragraph 2 of the Complaint, Phan denies, generally and specifically, each and every other allegation contained therein.

3. Defendant admits the allegations of Paragraph 3 of the Complaint.

4. Defendant admits that venue is proper in the Central District of California. In further answer to Paragraph 4 of the Complaint, Defendant lacks information or belief sufficient to enable her to respond to such allegations and, basing her denial on said grounds, denies, generally and specifically, each and every other allegation contained therein.

**THE PARTIES**

5. Defendant lacks information or belief sufficient to enable her to respond to the allegations of Paragraph 5 of the Complaint and, basing her denial on said grounds, denies, generally and specifically, each and every allegation contained therein.

6. Defendant lacks information or belief sufficient to enable her to respond to the allegations of Paragraph 6 of the Complaint and, basing her denial on said grounds, denies, generally and specifically, each and every allegation contained therein.

7. Defendant lacks information or belief sufficient to enable her to respond to the allegations of Paragraph 7 of the Complaint and, basing her denial on said grounds, denies, generally and specifically, each and every allegation contained therein.

8. Defendant lacks information or belief sufficient to enable her to respond to the allegations of Paragraph 8 of the Complaint and, basing her denial on said grounds, denies, generally and specifically, each and every allegation contained therein.

9. Defendant lacks information or belief sufficient to enable her to respond to the allegations of Paragraph 9 of the Complaint and, basing her denial on said grounds, denies, generally and specifically, each and every allegation contained therein.

10. Defendant admits that she is engaged in the production of videos that are posted on the website, www.YouTube.com. In further answer to Paragraph 10 of the Complaint, Defendant denies, generally and specifically, each and every other allegation contained therein.

**FACTUAL BACKGROUND**

11. Defendant lacks information or belief sufficient to enable her to respond to Paragraph 11 of the Complaint, and, basing her denial on said grounds, denies, generally and specifically, each and every other allegation contained therein.

12. Defendant admits that she, among other things, is a makeup artist, that she has posted videos on YouTube, and that those videos, among other things, provide make up advice. In further answer to Paragraph 12 of the Complaint, Defendant denies, generally and specifically, each and every other allegation contained therein.

13. Defendant admits that her YouTube channel, located at www.YouTube.com/user/MichellePhan has more than six million subscribers and that YouTube lists her video "Barbie Transformation Tutorial" as having more than fifty million views. In further answer to Paragraph 13 of the Complaint, Defendant denies, generally and specifically, each and every other allegation contained therein.

14. Defendant admits that, this year she has been featured in an advertising campaign for YouTube, that the campaign features other YouTube personalities, and that she has appeared in a national advertisement for Dr. Pepper. In further answer to Paragraph 14 of the Complaint, Phan lacks information and belief to respond to the other allegations of therein, and, on that basis, denies, generally and specifically, each and every other allegation contained therein.

15. Defendant admits that she has received income from YouTube derived from advertisements that appear in association with her videos. In further answer to Paragraph 15 of the Complaint, Defendant denies, generally and specifically, each and every other allegation contained therein.

16. Defendant admits that her website located at michellephan.com contains links to her YouTube channel and that her website contains advertising. In further answer to Paragraph 16 of the Complaint, Defendant denies, generally and specifically, each and every other allegation contained therein.

17. Defendant admits that she has authored a book and designed a makeup line. In further answer to Paragraph 17 of the Complaint, Defendant denies, generally and specifically, each and every other allegation contained therein.

18. Defendant admits that, with Plaintiffs' authorization, she has synchronized some of the musical compositions and recordings listed in Schedule A and B of the Complaint together with visual footage to create audiovisual works, which she has made available to public, consistent with her agreement with Plaintiffs. In further answer to Paragraph 18 of the Complaint, Defendant denies, generally and specifically, each and every other allegation contained therein.

19. Defendant admits that Schedule C contains a list of some of Plaintiff's videos and lists some of the musical works contained in those videos. In further answer to Paragraph 19 of the Complaint, Defendant denies, generally and specifically, each and every other allegation contained therein.

20. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 20 of the Complaint.

21. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 21 of the Complaint.

22. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 22 of the Complaint.

## COUNT 1
## COPYRIGHT INFRINGEMENT

23. Defendants refer to and incorporate every allegation, admission, and denial set forth in Paragraphs 1 through 22, above.

24. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 24 of the Complaint.

25. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 25 of the Complaint.

26. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 26 of the Complaint.

27. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 27 of the Complaint.

28. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 28 of the Complaint.

29. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 29 of the Complaint.

## COUNT II
## COPYRIGHT INFRINGEMENT

30. Defendants refer to and incorporate every allegation, admission, and denial set forth in Paragraphs 1 through 29, above.

31. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 31 of the Complaint.

32. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 32 of the Complaint.

33. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 33 of the Complaint.

34. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 34 of the Complaint.

35. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 35 of the Complaint.

36. Defendant denies, generally and specifically, each of the allegations contained in Paragraph 36 of the Complaint.

As and for her affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

37. The Complaint, and each and every purported claim for relief therein, fails to state valid claims for relief against Defendant.

### SECOND AFFIRMATIVE DEFENSE

38. The Complaint, and each and every purported claim for relief therein, is barred because Plaintiffs granted an express and/or implied license to Defendant to use their copyrighted materials in her videos and, because that license had consideration, it is irrevocable.

### THIRD AFFIRMATIVE DEFENSE

39. The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

40. The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of waiver because, among other things, Defendant is informed and believes, and thereon alleges, that Plaintiffs entered into a written agreement with YouTube/Google by which Plaintiffs covenanted not to sue any YouTube user who synchronizes Ultra content in a video uploaded to the YouTube website.

## FOURTH AFFIRMATIVE DEFENSE

41. Defendant is informed and believe, and thereon alleges, that the Complaint, and each and every purported claim for relief therein, is barred, in whole or in part, by reason of Plaintiffs' inequitable conduct and/or unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

42. The Complaint, and each and every purported claim for relief therein, are barred by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

43. The Complaint, and each and every claim for relief therein, are barred by the statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

44. To the extent Defendant engaged in any of the acts complained of, such acts were excused, justified, and/or privileged.

## EIGHTH AFFIRMATIVE DEFENSE

45. Plaintiffs have failed to mitigate its losses or damages, if any. Therefore, the damages, if any, should be barred or reduced by the amount of such damages that Plaintiffs could have avoided.

## NINTH AFFIRMATIVE DEFENSE

46. Defendant has suffered damage as a result of Plaintiffs' conduct and Defendant is entitled to an offset of any amount that is allegedly owed or due to Plaintiffs by way of damages.

WHEREFORE, Defendant prays for judgment, as follows.

1. That Plaintiffs take nothing by way of their Complaint;
2. That the Complaint, and each and every purported claim for relief set forth therein, be dismissed, with prejudice;
3. For an award of attorney's fees;
4. For the costs of suit incurred herein; and
5. For such other and further relief as this Court may deem just and proper.

Dated: September 17, 2014        GRODSKY & OLECKI LLP


                                  By ____//  Allen B. Grodsky  //____
                                           Allen B. Grodsky


Dated: September 17, 2014        WINGET, SPADAFORA & SCHWARTZBERG, LLP


                                  By ____//  Marc S. Ehrlich  //____
                                           Marc S. Ehrlich

                                  Attorneys for Defendant Michelle Phan

## **DEMAND FOR JURY TRIAL**

Defendant demands a trial by jury as to all claims averred herein that are triable to a jury.

Dated: September 17, 2014　　　　　GRODSKY & OLECKI LLP

　　　　　　　　　　　　　　　　　　By ___//  Allen B. Grodsky  //___
　　　　　　　　　　　　　　　　　　　　　　Allen B. Grodsky

Dated: September 17, 2014　　　　　WINGET, SPADAFORA & SCHWARTZBERG, LLP

　　　　　　　　　　　　　　　　　　By ___//  Marc S. Ehrlich  //___
　　　　　　　　　　　　　　　　　　　　　　Marc S. Ehrlich

　　　　　　　　　　　　　　　　　　Attorneys for Defendant Michelle Phan