NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

GRODSKY & OLECKI LLP
ALLEN B. GRODSKY, ESQ. (SBN 111064)
2001 Wilshire Blvd., Ste. 210
Santa Monica, CA 90403
310.315.3009 (p)
310.315.1557 (f)
allen@grodsky-olecki.com

ATTORNEY(S) FOR: Defendant and Counterclaimant Michelle Phan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA RECORDS, LLC<br><br>Plaintiff(s),<br>v.<br><br>MICHELLE PHAN<br><br>Defendant(s) | CASE NUMBER:<br><br>2:14-cv-05533-MMM-AGR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant and Counterclaimant Michelle Phan_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michelle Phan | Defendant and Counterclaimant |
| Ultra International Music Publishing, LLC | Plaintiff and counterdefendant |
| Ultra Records, LLC | Plaintiff and counterdefendant |

September 17, 2014         /s/ Allen B. Grodsky
Date                             Signature

Attorney of record for (or name of party appearing in pro per):

Defendant and Counterclaimant Michelle Phan